**In re Lavaughn F. WATTS, Ronald L. Smith and Thomas R. Grimm.**

No. 02–1628.

United States Court of Appeals,
Federal Circuit.

June 20, 2003.

Rehearing and Rehearing En Banc
Denied July 25, 2003.

Before NEWMAN, GAJARSA, and PROST, Circuit Judges.

### JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED: *AF-FIRMED. See* Fed. Cir. R. 36

Before NEWMAN, GAJARSA, and PROST, Circuit Judges.

### JUDGMENT